Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
*swritcheson@insightplc.com*

**Attorney for Plaintiff**
**Nitetek Licensing LLC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NITETEK LICENSING LLC,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br><br>**CHARGEPOINT, INC.,**<br><br>    **Defendant.** | **Case No. _____**<br><br><br>**Jury Trial Demanded** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff Nitetek Licensing LLC ("Nitetek"), states that it is a limited liability company.  It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: May 29, 2020          Respectfully submitted,

Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
*swritcheson@insightplc.com*

**Attorney for Plaintiff**
**Nitetek Licensing LLC**