

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

\*SECOND NOTICE\*

July 16, 2020

Steven Whitefield Ritcheson
Insight, PLC
578 Washington Boulevard, #503
Maria del Rey, CA 90292

Re:     Nitetek Licensing LLC v. ChargePoint, Inc.
Case Number:20-cv-03594-SK

Dear Counsel/Parties:

This matter has been randomly assigned to United States Magistrate Judge Sallie Kim for all purposes
including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a
civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent
of all parties.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has
not been filed in this case. All parties are requested to complete the attached form documenting either
consent or declination and e-file it with the Court by **July 30, 2020.** This form can be found on the
Court's website at cand.uscourts.gov/civilforms.

Please note that any party is free to withhold consent to proceed before a magistrate judge without
adverse substantive consequences.

Susan Y. Soong
Clerk, United States District Court

By   _M Lock_

Melinda K. Lock, Deputy Clerk to the
Honorable SALLIE KIM

*REV. 9-19*

United States District Court
Northern District of California

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4

5   NITETEK LICENSING LLC,                    Case No.20-cv-03594-SK

          Plaintiff,
6

7       v.                                    **CONSENT OR DECLINATION
                                              TO MAGISTRATE JUDGE
8   CHARGEPOINT, INC.,                        JURISDICTION**

          Defendant.
9

10

11       **INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you

12  (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to

13  consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

14       ( )    **Consent to Magistrate Judge Jurisdiction**

15       In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to

16  have a United States magistrate judge conduct all further proceedings in this case, including trial

17  and entry of final judgment. I understand that appeal from the judgment shall be taken directly to

18  the United States Court of Appeals for the Ninth Circuit.

19       **OR**

20       ( )    **Decline Magistrate Judge Jurisdiction**

21       In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United

22  States magistrate judge conduct all further proceedings in this case and I hereby request that this

23  case be reassigned to a United States district judge.

24  DATE:                              NAME: _____

25                                     COUNSEL FOR (OR "PRO SE"):

26                                     _____

27                                     _____

28                                     Signature

*REV. 9-19*