Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
*swritcheson@insightplc.com*

**Attorney for Plaintiff**
**Nitetek Licensing LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NITETEK LICENSING LLC,**<br><br>     Plaintiff,<br><br>v.<br><br>**CHARGEPOINT, INC.,**<br><br>     Defendant. | Case No. 1:20-cv-3594<br><br>**NOTICE OF VOLUNTARY**<br><br>**DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Nitetek Licensing LLC, ("Plaintiff"), by and through its undersigned attorney, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action **without prejudice** against Defendant ChargePoint, Inc. ("Defendant").  Prior to the filing of this notice, Defendant has not been served or filed an answer or a motion for summary judgment.

Dated: August 24, 2020

Respectfully submitted,

*/s/ Steven W. Ritcheson*
Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
*swritcheson@insightplc.com*

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August, 2020, I electronically filed the foregoing document using the electronic case filing system of the court.

/s/ Steven W. Ritcheson

Steven W. Ritcheson, Esq.